UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | : | |
|---|---|---|
| **TERRI PEPPER** | : | File No. 4:22-cv-02912 |
| *Plaintiff*, | : | |
| | : | |
| v. | : | Chief Judge Lee H. Rosenthal |
| | : | |
| **GVG CAPITAL LLC d/b/a WeBuy-Homes-4Cash.org** | : | |
| *Defendant*. | : | |
| | : | |

## NOTICE OF SETTLEMENT

TO THE CLERK AND THE HONORABLE JUDGE ROSENTHAL:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: August 15, 2023

By: */s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.
SDTX Attorney ID No. 3568914
30 East Butler Ave.
Ambler, PA 19002
Direct Phone Line: 267-468-5374
Facsimile: 877-788-2864
Email: jginsburg@creditlaw.com

## CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon all parties of record via CM/ECF system.

Dated: August 15, 2023

By: /s/ Jacob U. Ginsburg
Jacob U. Ginsburg, Esq.
SDTX Attorney ID No. 3568914
30 East Butler Ave.
Ambler, PA 19002
Direct Phone Line: 267-468-5374
Facsimile: 877-788-2864
Email: jginsburg@creditlaw.com
