UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TERRI PEPPER, § § § | |
| Plaintiff, § | Civil Action No. 4:22-CV-02912 |
| § v. § § | |
| GVG CAPITAL LLC d/b/a WeBuy-Homes-4Cash.org, § § § | Judge Lee H. Rosenthal |
| Defendant. § § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

AND NOW, Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Terri Pepper and Defendant GVG Capital LLC d/b/a WeBuy-Homes-4Cash.org hereby stipulate to dismiss the above captioned matter with prejudice, with each side bearing its own fees and costs.

**SO STIPULATED:**

KIMMEL & SILVERMAN, P.C.

By: /s/ *Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.
SDTX Attorney ID No. 3568914
30 East Butler Ave.
Ambler, PA 19002
Direct Phone Line: 267-468-5374
Facsimile: 877-788-2864
Email: jginsburg@creditlaw.com
teamkimmel@creditlaw.com
Attorneys for Plaintiff

TROUTMAN AMIN, LLP

*/s/ Tori L. Guidry*
Tori L. Guidry, Esq. (phv)

400 Spectrum Center Drive, Ste 1550
Irvine, CA 92618
P: (985) 688-3307
tori@troutmanamin.com

DATED: September 29, 2023